UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-22715-CIV-MORENO

MARIA A. ZELAYA, a/k/a MARIA DE LOS ANGELES ZELAYA,

    Plaintiff,

vs.

GERTRUDE DE ZELAYA, a/k/a GERTRUDIS PINEDA DE ZELAYA,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal Without Prejudice **(D.E. 35)**, filed **June 2, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). This case shall be closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record